IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| CYPALEO, LLC, | § § § | |
| *Plaintiff*, | § § | Case No. 2:16-CV-00545-JRG-RSP (Lead Case) |
| v. | § § | Case No. 2:16-CV-00550-JRG-RSP |
| PANASONIC CORPORATION OF NORTH AMERICA, | § § § § | (Member Case) |
| *Defendant*. | § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (DKT. NO. 56)

Magistrate Judge Payne filed a Report and Recommendation, which recommended denying Panasonic Corporation's motion to dismiss for insufficient service of process. *See* Dkt. No. 56. Given that the Report and Recommendation was filed on December 27, 2016, the parties had until January 10, 2017, to file any objections. Neither party filed an objection, and the time to do so has now passed. See Fed. R. Civ. P. 72(b)(2). Accordingly, the Report and Recommendation is adopted. Panasonic's motion to dismiss, Dkt. No. 51, is DENIED.

**So ORDERED and SIGNED this 13th day of February, 2017.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE